JOSEPH W. REMEDIO, INC. v. CITY OF VINELAND.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v.
RICHARD SWANSON & ROBERT LEDBETTER.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO PRATTS.

June 4, 1975. Petition for certification denied.

BLUMA J. RIDNER v. ROBERT R. PURZYCKI.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JOHNSTON.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS GRANATELL.

June 4, 1975. Petition for certification denied.